FILED'06 JUN 01 09:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| XEROX CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>BK DIRECT, LLC, FINANCIAL<br>MARKETING ALLIANCE, INC., and<br>FINANCIAL MARKETING ALLIANCE,<br>LLC.,<br><br>        Defendants. | Case No. 05-532-PK<br><br>ORDER |

Molly Jo Mullen
Bodyfelt Mount Stroup & Chamberlain, LLP
707 S. W. Washington Street, Suite 1100
Portland, Oregon 97205

Ross A. Spector
Spector & Bennett, P. C.
50 California Street, 15th Floor
San Francisco, California 94111

      Attorneys for Plaintiff

Page 1 - ORDER

BK Direct, LLC and
Financial Marketing Alliance, LLC
c/o Richard East
19093 S. Beavercreek Road
PMB 350
Oregon City, Oregon  97045

    Pro Se Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on May 10, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); see also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#36).

IT IS HEREBY ORDERED that Xerox Corporation's motion for Summary Judgment (#27) is GRANTED.

Dated this ___31___ day of May, 2006.

                    /s/ Garr M. King
                    Garr M. King
                    United States District Judge